**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS SALAZAR ALEMAN,<br><br>          Petitioner,<br><br>     v.<br><br>FERETI SEMAIA, et al.,<br><br>          Respondents. | Case No. CV 26-6321 DOC (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that:

1)  the Petition is GRANTED;

2) Respondents are ORDERED to immediately release Petitioner **Luis Salazar Aleman, A Number: 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**;

3) Respondents are ORDERED to restore the conditions of release under which Petitioner lived before his June 10, 2026 re-detention;

4) Respondents are ORDERED to return any property confiscated from Petitioner;

5) Respondents are ENJOINED from re-detaining Petitioner without notice and a hearing before a neutral arbiter at which the Government bears the burden of justifying detention;

6) Respondents are ORDERED within **seven days** to file a notice of compliance advising how they complied with this Order; and

7) Petitioner is GRANTED leave to file within 30 days of the entry of judgment a motion for costs and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on counsel for Petitioner and counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 29, 2026

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

2