**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS SALAZAR ALEMAN,<br>Petitioner,<br>v.<br>FERETI SEMAIA, et al.,<br>Respondents. | Case No. CV 26-6321 DOC (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Judgment is entered in favor of Petitioner. IT IS FURTHER ORDERED THAT:

1) Respondents are ORDERED to immediately release Petitioner **Luis Salazar Aleman, A Number: 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**;

2) Respondents are ORDERED to restore the conditions of release under which Petitioner lived before his June 10, 2026 re-detention;

3) Respondents are ORDERED to return any property confiscated from Petitioner;

4) Respondents are ENJOINED from re-detaining Petitioner without notice and a hearing before a neutral arbiter at which the Government bears the burden of justifying detention;

5) Respondents are ORDERED within **seven days** to file a notice of compliance advising how they complied with this Order; and

6) Petitioner is GRANTED leave to file within 30 days of the entry of judgment a motion for costs and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED: July 29, 2026

David O. Carter

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE